

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-90,980-01

## EX PARTE OTIS MALLETT, JR., Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 1164940-A IN THE 338TH DISTRICT COURT
## FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. Under Article 11.07 of the Texas Code of Criminal Procedure, a district clerk is required to forward to this Court, among other things, "the application, any answers filed, any motions filed, transcripts of all depositions and hearings, any affidavits, and any other matters such as official records used by the court in resolving issues of fact." *Id*. at § 3(d); *see also* TEX. R. APP. P. 73.4(b)(4). The record forwarded to this Court appears, however, to be incomplete. The habeas record in the companion case, Harris County Cause number 1248132-A, includes an amended habeas application form and an amended memorandum in support which was filed on April 30, 2013. That amended application

listed both Harris County cause numbers, but was apparently only filed in one case. The amended application added a ground of actual innocence to the grounds raised in the initial application. The amended application and memorandum is not included in the record for this cause.

The district clerk shall either forward to this Court the amended application and amended memorandum in support, or certify in writing that these documents are not part of the record. The district clerk shall comply with this order within ten days from the date of this order.

Filed: March 12, 2020
Do not publish